

FILED
IN OPEN COURT

NOV - 7 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:07CR434-TSE |
| | ) | |
| | ) | Count 1: 18 U.S.C. §2252A(b)(1) |
| v. | ) | Attempted Receipt of Child Pornography |
| | ) | |
| | ) | |
| ROBERT UPDEGROVE | ) | |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about January 6, 2007 and on or about January 20, 2007, in Alexandria,

Virginia, within the Eastern District of Virginia, the defendant, ROBERT UPDEGROVE, did

unlawfully and knowingly attempt to receive, via the Internet, any child pornography, to wit:

motion picture files and still image files depicting prepubescent children engaging in sexually

explicit conduct including the lascivious exhibition of the genitals and pubic area, that had been

mailed and shipped and transported in interstate and foreign commerce by any means, including

by computer.

(In violation of Title 18, United States Code, Sections 2252A(b)(1) and 2256(8)(A).)

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: Gerald J. Smagala
Assistant United States Attorney
Virginia Bar #19923